IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| RALPH MARVIN HICKMAN, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. EP-06-CA-0025-DB |
| BEST BUY STORES L.P., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date below, the Court was presented with the parties' stipulation that this action should be dismissed with prejudice. In accordance with the parties' stipulation, it is ORDERED that this case be, and hereby is, dismissed with prejudice, and that costs be taxed against the party incurring the same.

SIGNED and ENTERED this 6th day of Oct., 2006.

_____
UNITED STATES DISTRICT JUDGE